THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPON INTERNATIONAL, LLC, a Colorado Limited Liability company,<br><br>              Plaintiff,<br><br>v.<br><br>SINGLETON FISHERIES, INC., a Florida Company, D/B/A MERIDIAN PRODUCTS,<br><br>              Defendant.<br><hr>PINNACLE FINE FOODS, LLC, a Washington Limited Liability Company,<br><br>              Plaintiff,<br><br>v.<br><br>SINGLETON FISHERIES, INC., a Florida Company, D/B/A MERIDIAN PRODUCTS,<br>              Defendant. | Cause No. C07-1395 MJP<br><br>ORDER DENYING STIPULATED ORDER CONFIRMING ARBITRATION AWARD. |

ORDER - 1

On May 19, 2009, Pinnacle and Singleton filed a stipulated motion to confirm an arbitration award. (Dkt. No. 48.) The parties proposed that the case remain open despite the successful arbitration and that judgment should only be entered if Singleton fails to pay. (Id. ¶ 8.) Because the stipulation proposes the Court retain jurisdiction absent a live case or controversy, the Court DENIES the motion. The parties may move for confirmation of the award and the dismissal of the case.

The Clerk is directed to transmit a copy of this Order to all counsel of record.

DATED this 28th day of May, 2009.

Marsha J. Pechman
United States District Judge

ORDER - 2